## FOURTH DEPARTMENT, OCTOBER, 1920.

GLENN L. WHITING, Respondent, v. ROBERT S. LANE, Individually and as Administrator, etc., of LILLIE LANE, Deceased, and Others, Appellants.

*Insurance — insurance taken out and retained by mortgagor — duty of mortgagee to have insured comply with conditions — mortgages — duty of mortgagee to surrender collateral on payment.*

Appeal from part of an order of the Supreme Court, made at the Steuben Special Term as resettled and entered in the Steuben county clerk's office July 16, 1920.

PER CURIAM   The insurance was effected by the mortgagor and she retained possession of the policy until her death and her personal representatives have since had it in their possession.   The mortgagee never had it. Therefore, the mortgagee was under no affirmative obligation to have the conditions devolving upon the insured complied with.   It may be that as between the insurance company and the mortgagee no notice or proof of loss was necessary.   (See *McDowell* v. *St. Paul F. & M. Ins. Co.*, 207 N. Y. 482.)   If the insurance company is liable upon the policy to the mortgagee and it is a substantial collateral security to his debt, it may be the heirs at law, who, it is claimed are mere sureties, may be entitled to be subrogated to the rights of the mortgagee and require an assignment thereof, but that question is not before us and we do not decide it.   The mortgagee was entitled to full payment of his mortgage and the heirs at law can only require him to surrender whatever collateral security still exists.   All concur, except De Angelis and Hubbs, JJ., who dissent.   Order, so far as appealed from, affirmed, with ten dollars costs and disbursements.

———

In the Matter of the Appraisal of the Estate of BENJAMIN D. BING, Deceased, under the Acts in Relation to Taxable Transfers of Property. COMPTROLLER OF THE STATE OF NEW YORK, Appellant; IRENE M. BING, Executrix, etc., Respondent.— Order, so far as appealed from, reversed, and matter remitted to the Surrogate's Court, with directions to impose an additional tax of five per centum only upon the ten bonds of the International Traction Company, without costs of this appeal to either party.   All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE M. MAYER, Respondent, v. WILLIS Z. GEORGIA, as Mayor, and RAYMOND G. PORSCH, as Clerk, of the City of Olean, Appellants.— Order affirmed, with costs. All concur.

ROY BUTTERFIELD, Respondent, v. WILLARD G. JEFFERS, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concur.

JAMES E. RATCHFORD, Appellant, v. JOHN H. YOUNG, Respondent.— Order affirmed, with ten dollars costs and disbursements.   All concur.